UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YVETTE CLAY,

                    Plaintiff,

        v.

TRANSWORLD SYSTEMS INC.,

                    Defendant.

CASE NO. 3:24-cv-05735-DGE

MINUTE ORDER

        The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

        On January 29, 2025, Defendant Transworld Systems Inc. filed a Notice of Settlement, which stated that a stipulated dismissal was anticipated in 30 days.  (Dkt. No. 16 at 1.)  The Court set a deadline of March 14, 2025 for the dismissal.  To date, no stipulated dismissal has been filed.  The Court ORDERS the Parties to file a stipulated dismissal or a status report by March 21, 2025, or the Court will dismiss the case with prejudice.

        Dated this 17th day of March, 2025.

MINUTE ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

   The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.