UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YVETTE CLAY, | CASE NO. 3:24-cv-05735-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRANSWORLD SYSTEMS INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

This Court previously ordered the Parties to file a stipulation of dismissal or status report by March 21, 2025, or otherwise the Court would dismiss this action with prejudice. (Dkt. No. 17.) The deadline has passed, and the Parties have not filed anything. Accordingly, this case is DISMISSED with prejudice. The Clerk shall close the case.

Dated this 25th day of March 2025.

MINUTE ORDER - 1

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2